**In re John R.J. SORENSON.**

No. 03–1570.

United States Court of Appeals,
Federal Circuit.

Oct. 10, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

**COMPUTER SCIENCES CORPORATION, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 03–5146.

United States Court of Appeals,
Federal Circuit.

Oct. 10, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

**Brandon LYONS and Michelle Lyons, individually and on behalf of their minor son, Brandon Lyons, Jr., Petition-ers–Appellants,**

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES, Re-spondent–Appellee.**

No. 03–5165.

United States Court of Appeals,
Federal Circuit.

Oct. 10, 2003.

### ORDER

The appeal having been docketed in er-ror,

IT IS ORDERED:

That the appeal is DISMISSED.